IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

[ON REMOVAL FROM THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO. 2017-11894 CA 01]

CHRISTINA GONZALEZ, and other similarly
situated individuals,

       Plaintiff,

v.

DASHEL, INC., a Florida Profit Corporation, d/b/a
CHEF DAVID SCHWADRON CATERING,
individually; DAVID SCHWADRON, individually;
SHELLEY SCHWADRON, individually; AARON
DREILINGER, individually,

       Defendants.
_____/

## DEFENDANTS' PETITION FOR REMOVAL

      Defendants, Dashel, Inc. d/b/a Chef David Schwadron Catering, David Schwadron, Shelley Schwadron, and Aaron Dreilinger (collectively referred to as "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, hereby remove this action currently pending in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

      1.    On or about May 17, 2017, Plaintiff Christina Gonzalez ("Plaintiff") filed her Complaint in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, entitled <u>Christina Gonzalez, and all others similarly situated v. Dashel, Inc., a Florida</u>

profit corporation, d/b/a Chef David Schwadron Catering, individually, David Schwadron, individually, Shelley Schwadron, individually, Aaron Dreilinger, individual, Case No. 2017-11894-CA-01 ("the State Action"). A true and correct copy of all documents that were filed in the State Action are attached hereto as Composite Exhibit A, and are incorporated herein by reference pursuant to Rule 10(c), Federal Rules of Civil Procedure. No other process, pleadings or orders have been served upon Defendants in this action.

2. A copy of the State Action was served on David Schwadron on or about May 22, 2017, served on Shelley Schwadron on or about May 22, 2017, on Dashel, Inc. d/b/a Chef David Schwadron Catering on or about May 23, 2017, and on Aaron Dreilinger on May 23, 2017.

3. The Complaint seeks damages pursuant to the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201-219. See Complaint at ¶¶ 4; 8-10; 12-17; 19-20.

4. This is a civil action of which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the FLSA, laws of the United States.

5. Under federal question jurisdiction, the United States district courts "have original jurisdiction over all civil actions arising under federal law." See 28 U.S.C. § 1331. Any civil case filed in a state court may be removed by defendants to federal court if the case could have been brought originally in federal court. See Ayers v. Gen. Motors Corp., 234 F.3d 514, 517 (11th Cir. 2000); Tapscott v. MS Dealer Serv. Corp., 77 F.3d 1353, 1356 (11th Cir. 1996).

6. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

7. This Petition for Removal is filed within thirty (30) days after the date on which the last served Defendant first received notice of the Circuit Court Action. <u>See</u> 28 U.S.C. § 1446(b).

8. Defendants have, simultaneously with the filing of this Notice, given written notice of the filing of this Notice to Plaintiff as required by 28 U.S.C. § 1446(d).

9. A copy of this Notice has simultaneously been filed with the Clerk of the Circuit Court in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d).

10. This Petition for Removal has been timely filed within thirty days after receipt by Defendants of the initial pleading setting forth the claim for relief upon which removal is based. See 28 U.S.C. § 1446(b). Accordingly, Defendants must file responsive pleadings by June 28, 2017.

Respectfully submitted,

**GRAYROBINSON, PA**
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131-1714
Phone: (305) 416-6880
Fax: (305) 416-6887


By: /s/ Marlene Quintana
 Marlene Quintana
 Florida Bar Number: 88358
 Email: marlene.quintana@gray-robinson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on this Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and via U.S. mail.

**SERVICE LIST**
Jason Remer, Esquire
Brody Shulman, Esquire
Remer & Georges-Pierre, PLLC
44 West Flagler Street
Suite 2200
Miami, FL 33130

By: /s/ Marlene Quintana
    Marlene Quintana

# 2466223 v1